Case 7-21-cv-08009-PMH Document 50 Filed in NYSD on 04/01/2022 Page 1 of 1

Application granted in part. The pre-motion conference currently scheduled for June 16, 2022 at 2:30 p.m. is adjourned to June 27, 2022 at 3:30 p.m.

The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 50.

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
April 4, 2022

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY

HER G. ARKO
*Senior Counsel*
(212) 356-5044
) 356-3509 (fax)
ko@law.nyc.gov

**By ECF**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
Hon. Charles L. Brieant, Jr. Federal Building and Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:     <u>Arfhy Santos v. USA, et al.</u>, 21 Civ. 8009 (PMH)

Your Honor:

I am a Senior Counsel in the New York City Law Department, attorney for defendant City of New York in the above-referenced matter. I write to respectfully request that the telephonic premotion conference scheduled for June 16, 2022 at 2:30 p.m. be adjourned to June 21, 22, or 23. This is defendant City's first request to adjourn the premotion conference and it is made with the consent of all counsel. The requested adjournment would not affect any other scheduled dates in this matter.

The reason for this request is that I am scheduled to commence trial on either June 13 or June 14 in the matter of <u>George Benn v. Delroy Morrison, et al.</u>, 18 Civ. 722 (LAP), before the Honorable Loretta A. Preska in the Southern District of New York. The trial is expected to last between three and five days and would thus continue into and beyond June 16.

I thank the Court for its consideration herein.

Respectfully submitted,

/s/ Christopher G. Arko

Christopher G. Arko
Senior Counsel

cc:     Ilyssa S. Fuchs, Esq. (*Attorney for plaintiff*)
        David E. Farber, Esq. (*Attorney for the United States of America*)

1